UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **GEORGE CAMPOS** | ) | |
| **HEATHER CAMPOS,** | ) | |
| **JASON DuCRE,** | ) | |
| **MICHAEL KUZMA,** | ) | |
| **TERRY GARVIN, Sr.** | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | **CASE NO.** 3:18-CV-196-CRS |
| | ) | **Electronically Filed** |
| **LOUISVILLE METRO POLICE** | ) | |
| **OFFICERS CREDIT UNION** | ) | |
| **and JOSEPHINE "JOSIE" CROWE,** | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**AGREED ORDER CONTINUING STAY OF PROCEEDINGS WHILE CASE
RESOLUTION AMONG CAMPOS, *ET AL.*, LOUISVILLE METRO POLICE
OFFICERS CREDIT UNION, AND THE NATIONAL CREDIT UNION
ADMINISTRATION CONTINUES**

Come Plaintiffs George Campos and Heather Campos ("Campos"), Jason DuCre ("DuCre"), Michael Kuzma ("Kuzma"), and Terry Garvin, Sr. ("Garvin"), collectively known as Campos, *et al.*, and Defendant Louisville Metro Police Officers Credit Union ("LMPOCU"), by and through counsel and pursuant to this *Agreed Order Continuing Stay of Proceedings While Case Resolution Among Campos, Et Al., Louisville Metro Police Officers Credit Union, and the National Credit Union Administration Continues*, respectfully request this Court continue its stay of all proceedings in this matter for 60 days. In support of said motion, Campos, *et al.* and LMPOCU state as follows:

**BACKGOUND**

On March 7, 2018, Campos sued LMPOCU and Defendant Josephine "Josie" Crowe ("Crowe") in Jefferson County Kentucky Circuit Court ("Action").

On March 28, 2018, LMPOCU removed Action to the United District Court for the Western District of Kentucky, Louisville Division.

On May 22, 2018, Campos, *et al.* filed its *First Amended Complaint and Jury Trial Demand.*

On June 29, 2018, the Kentucky Department of Financial Institutions ("KDFI") appointed the National Credit Union Administration ("the NCUA") as liquidating agent of LMPOCU. Pursuant to 12 U.S.C. 17817(b)(12), the NCUA's liquidation of LMPOCU immediately suspended Action.

Between June 29, 2018 and July 23, 2019, counsel for Campos, *et al.* and LMPOCU kept this Court up to date concerning the ongoing suspension of Action.

On May 29, 2019, the NCUA disallowed certain claims filed by Campos, *et al.* ("Disallowance"). Pursuant to 12 U.S.C. § 1787(b)(6)(B)(ii) "Statute of Limitations," NCUA's Disallowance started the clock on Campos, *et al.*'s 60-day time period to "file suit on such claim (or continue an action commenced before the appointment of the liquidating agent)."

On July 2, 2019, Crowe pled guilty in a two-count information to "one count of financial institution fraud and one count of aggravated identity theft as part of a scheme to defraud the Louisville Metro Police Officer's Credit Union of over $3 million during a four year period." Crowe's sentencing is set for November 2, 2019, at 12:00 pm.

On July 23, 2019, Campos, *et al.—via an Agreed Order of Action Continuation & Stay of Proceedings—*sought to continue the Action commenced before the appointment of the NCUA as liquidating Agent of LMPOCU.

On July 23, 2019, Campos, *et al.* and LMPOCU—*via an Agreed Order of Action Continuation & Stay of Proceedings—*agreed to stay all proceedings in this Action until

Friday, September 27, 2019, to allow for ongoing negotiations and continued efforts toward resolving all remaining matters related to this litigation, and to allow additional time for the liquidation decisions as to certain claims involved in this matter to conclude and the parties to attempt to resolve the remaining claims. In the event this matter is not resolved as of September 27, 2019, Campos, *et al*. and LMPOCU agreed that Campos, *et al*. will have until October 25, 2019 to file their *Second Amended Complaint and Jury Trial Demand*.

On July 26, 2019, this Court entered the aforementioned *Agreed Order of Action Continuation & Stay of Proceedings*.

Since July 26, 2019, Plaintiffs, LMPOCU, and the NCUA have worked to correct erroneous credit reporting information, find and resolve ongoing vehicle lien issues based on now discharged LMPOCU loans, investigate and resolve other potential claims set forth in the *First Amended Complaint and Jury Trial Demand*, and work towards a universal settlement of all remaining claims brought by Campos, *et al*. in their *First Amended Complaint and Jury Trial Demand*. While extremely fruitful, this has been a time-consuming process involving at least 18 former LMPOCU members, counsel for LMPOCU, a federal agency, unique issues of law, voluminous records, and years of financial information. Recently, Campos, *et al*., LMPOCU, and the NCUA clarified the final issues at hand and are proceeding forward with universal settlement negotiations and hopefully a case concluding agreement. With both Crowe's upcoming sentencing and the NCUA's internal protocols, all parties and the NCUA believe it would be helpful to continue the present stay for another 60 days, from September 27, 2019. In the event this Action is not resolved by November 26, 2019, Campos, *et al*. and LMPOCU agree that Campos, *et al*. will have until December 31, 2019 to file their *Second Amended*

Page **3** of **5**

*Complaint and Jury Trial Demand.*

## **CONCLUSION**

WHEREFORE, It is hereby ORDERED the *Agreed Order Continuing Stay of Proceedings While Case Resolution Among Campos, Et Al., Louisville Metro Police Officers Credit Union, and the National Credit Union Administration Continues* is GRANTED, and: (1) any and all proceedings in Action are stayed until November 26, 2019; and (2) if Action is not resolved as of November 26, 2019, Campos, *et al.* shall have until December 31, 2019 to file their *Second Amended Complaint and Jury Trial Demand.*

September 26, 2019

**Charles R. Simpson III, Senior Judge**
**United States District Court**

Prepared by:

s/ *J. Allan Cobb*

J. Allan Cobb, Esq.
Andrea R. Hunt, Esq.
**COBB LAW, PLLC**
1303 Clear Springs Trace, Suite 100
Louisville, KY 40223
Phone: (502) 966-7100
FAX: (502) 434-5900
allancobb@cobblawpllc.com
andreahunt@cobblawpllc.com
*Counsel for Plaintiffs Campos, et al.*
Agreed by

s/ *Jon B. Orndorff*
Jon B. Orndorff, Esq.

**LITCHFIELD CAVO LLP**
Village Professional Building
99 Cracker Barrel Drive, Suite 100
Barboursville, WV 25504-1650
Tel: (304) 302-0500
Fax: (304) 302-0504
orndorff@litchfieldcavo.com
*Counsel for Defendant Louisville Metro*
*Police Officers Credit Union*