

**WRITER'S ADDRESS:**
**Village Professional Bldg. | Suite 100**
**99 Cracker Barrel Drive**
**Barboursville, WV 25504-1650**
**T | 304.302.0500**
**F | 304.302.0504**

**Jon. B. Orndorff, Esq.**
**Email: Orndorff@LitchfieldCavo.com**

September 30, 2020

**VIA EFILING**
Honorable Charles R. Simpson, III
Gene Snyder United States Courthouse
601 West Broadway, Room 247
Louisville, Kentucky 40202-2227

      Re:    *Campos, et al. v. Louisville Metro Police Officers Credit Union, et al.*
            United States District Court for the Western District of Kentucky – Louisville
            Civil Action No.:  3:18-cv-196-CRS

Dear Judge Simpson:

      Please accept this status report update on behalf of all parties in the above referenced matter.  As you are aware, the parties reached a settlement in this matter back in January 2020.  As part of that settlement, the parties agreed to resolve certain liens and credit reporting issues involving the Plaintiffs and work toward mutually agreeable language for a Settlement Release to address the claims in this rather complicated matter.  Mr. Cobb and I are pleased to report that the liens and credit reporting issues have been resolved, and we are awaiting final approval from our clients on the latest draft of the Settlement Release.  Due to COVID limitations within our respective firms and our clients, as well as the complexity of the issues in this case, completion of a suitable and agreeable Settlement Release has admittedly taken longer than either of us expected.  However, the parties have been successfully working through the few remaining issues, and we believe we should have those remaining issues resolved within the next two to three weeks.  We expect funding of the settlement to occur shortly thereafter.

      Mr. Cobb and I greatly appreciate the Court's patience as we finalize the settlement in this matter.  I have also submitted a Fourth Notice of Settlement & Agreed Order of Case Resolution, which, should it meet with your approval, will extend the deadline for filing the Agreed Order of Dismissal in this case to December 1, 2020.  Should you have any questions or concerns, please feel free to contact either Mr. Cobb or me at your convenience.

**AZ** – Phoenix | **CA** – Los Angeles area | **CT** – Hartford area | **FL** – Ft. Lauderdale | **FL** – Tampa | **GA** – Atlanta
**IL** – Chicago | **IN** – Highland | **LA** – New Orleans area | **MA** – Boston area | **MO** – St. Louis | **NJ** – Cherry Hill
**NV** – Las Vegas | **NY** – New York | **PA** – Philadelphia | **PA** – Pittsburgh | **RI** – Providence | **TX** – Dallas-Ft. Worth
**TX** – Houston | **UT** – Salt Lake City | **WI** – Milwaukee | **WV** – Barboursville

LitchfieldCavo.com



Very Truly Yours,


Jon B. Orndorff

Cc: Allan Cobb, Esq.  (via Email and Efiling)

