# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**GEORGE CAMPOS,**
**HEATHER CAMPOS,**
**JASON DUCRE,**
**MICHAEL KUZMA, and**
**TERRY GARVIN, SR.,**

      **Plaintiffs,**

**v.**                                                             Civil Action No.: 3:18-CV-196-CRS
                                                                    Judge Simpson

**LOUISVILLE METRO POLICE**
**OFFICERS CREDIT UNION, and**
**JOSEPHINE "JOSIE" CROWE,**

      **Defendants.**

## AGREED ORDER OF DISMISSAL

On this day came the Plaintiffs, George Campos, Heather Campos, Jason Ducre, Michael Kuzma, and Terry Garvin, Sr. (hereinafter "Plaintiffs"), in the above-styled case, by their counsel, and the Defendant, Louisville Metro Police Officers Credit Union (hereinafter "Defendant LMPOCU"), by its counsel, and represented to the Court that it has been agreed and stipulated by and between the Plaintiffs and the Defendants that all matters in dispute between the Plaintiffs and Defendant LMPOCU have been fully compromised and that the Plaintiffs' claims against Defendant LMPOCU shall be dismissed, with prejudice, with each of the parties to pay their own respective costs.

THEREFORE, IT IS ORDERED that the Defendant, Louisville Metro Police Officers Credit Union, is hereby dismissed, with prejudice, from this civil action with each of the parties to pay their own respective costs.

Entered this _____ day of _____, 2020.

_____
                                    JUDGE

PREPARED BY:

/s/ Jon B. Orndorff
Jon B. Orndorff, Esquire
LITCHFIELD CAVO, LLP
Village Professionals Building
99 Cracker Barrel Drive
Suite 100
Barboursville, West Virginia 25504
Telephone: (304) 302-0500
Facsimile: (304) 302-0504
***Counsel for Defendant Louisville Metro
Police Officers Credit Union***

AGREED TO BY:

/s/ J. Allan Cobb
J. Allan Cobb, Esq.
Andrea R. Hunt, Esq.
Cobb Law, PLLC
1303 Clear Springs Trace, Suite 100
Louisville, KY 40223
502-966-7100
allancobb@cobblawpllc.com
***Counsel for Plaintiffs***